FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 JAN -3 AM 11: 51

CLERK
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| DAVID L. FREDRICK, JR. | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: CV207-089 |
| GLYNN COUNTY SHERIFF'S DEPARTMENT; WAYNE BENNETT, and RON CORBITT, | : |
| Defendants. | : |

## ORDER

Plaintiff filed a pleading entitled "Slander and Conspiracy", which the Court construes as his Objections to the Magistrate Judge's Report and Recommendation. In his Report, the Magistrate Judge recommended that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief could be granted. Plaintiff's Objections appear to be no more than his reiteration of the allegations he set forth in his original Complaint.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, with prejudice, based on

Plaintiff's failure to state a claim upon which relief may be granted. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

SO ORDERED, this 3 day of June, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA